# Third District Court of Appeal
## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1503
Lower Tribunal No. 16-29739
_____

**Lyon K. Makaver,**
Appellant,

vs.

**Carla F. Pozuelos,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Scott M. Bernstein, Judge.

Lyon K. Makaver, in proper person.

Carla F. Pozuelos, in proper person.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.